**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

```
-------------------------------------------------- x
In re:                                             :
                                                   :
REAGOR-DYKES AUTO COMPANY, LP                      :   Case No. 18–50217-rlj-11
              Debtor                               :
                                                   :
-------------------------------------------------- x
```

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for Ford Motor Credit Company, LLC ("Ford Credit"), party in interest herein, file this Notice of Appearance and Request for Notices and Papers in the above-captioned case, pursuant to Rules 2002, 3017, 9007 and 9010 of the Rules of Bankruptcy procedure, and 11 U.S.C. §§ 102(1), 342 and 1109(b), and request that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on Ford Credit by serving:

> Keith A. Langley
> Brandon K. Bains
> LANGLEY LLP
> 1301 Solana Blvd
> Building 1, Suite 1545
> Westlake, Texas 76262
> Telephone: 214.722.7160
> Facsimile: 214.722.7161
> klangley@l-llp.com
> bbains@l-llp.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver or consent by Ford Credit (1) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to these cases, or (2) of any other rights, claims, actions, setoffs, or recoupments to which Ford Credit is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Ford Credit expressly reserves.

Respectfully submitted,

/s/ Brandon K. Bains
Keith A. Langley
State Bar No. 11919500
Brandon K. Bains
State Bar No. 24050126
LANGLEY LLP
1301 Solana Blvd
Building 1, Suite 1545
Westlake, Texas 76262
Telephone:  214.722.7160
Facsimile:   214.722.7161
klangley@l-llp.com
bbains@l-llp.com

***Attorneys for Ford Motor Credit Company, LLC***

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the foregoing has been served electronically by the Court's ECF System on all parties registered to receive such service on the 1st day of August 2018.

                                               /s/ *Brandon K. Bains*
                                               Brandon K. Bains