Duane M. Geck
Cal. State Bar No. 114823
dmg@severson.com
Donald H. Cram
Cal. State Bar No. 160004
Tex. State Bar No. 05000300
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Secured Creditor
FORD MOTOR CREDIT COMPANY LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | |
|---|---|
| In re | Case No. 18-50217-rlj11 |
| REAGOR-DYKES AUTO COMPANY, LP, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

     PLEASE TAKE NOTICE that Ford Motor Credit Company LLC, secured creditors, hereby appears through its counsel, Severson & Werson, a Professional Corporation, and requests that, pursuant to Bankruptcy Rule 2002, copies of all notices, pleadings, applications, motions, requests, orders, and other papers and filings in the above matter be provided to and served upon:

Ford Motor Credit Company LLC
c/o Duane M. Geck and Donald H. Cram
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
E-mail: dhc@severson.com

DATED:  August 2, 2018               SEVERSON & WERSON
                                     A Professional Corporation


                                     By:    /s/ Donald H. Cram
                                             Donald H. Cram

                                     Attorneys for Secured Creditor
                                     FORD MOTOR CREDIT COMPANY LLC