**Fill in this information to identify the case:**

Debtor name: Reagor-Dykes Auto Company, LP
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known): 18-50217

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AER MFG P.O. Box 974180 Dallas, TX 75397-4180 | 800-621-0545 | Parts | | | | $9,882.95 |
| Alsco 404 N. University Ave. Lubbock, TX 79415 | Jim McIntire jmcintire@alsco.com 806-762-8751 | Laundry Service | | | | $3,089.79 |
| American Glass Distributors 8211 Hwy. 87 Lubbock, TX 79423 | 806-745-3997 | Parts | | | | $2,715.00 |
| American Tire Distributors 8814 Senator Circle Wolfforth, TX 79382 | 806-745-3997 | Parts and Tires | | | | $4,966.80 |
| Bristo Battery P.O. Box 3608 Lubbock, TX 79452 | Mark 806-777-9257 | Parts | | | | $8,803.94 |
| Concho Supply 4102 Sherwood Way San Angelo, TX 76902 | 855-777-0300 | Parts | | | | $8,616.29 |
| Dallas Dodge Chrysler Jeep 11550 LBJ Freeeway Dallas, TX 75238 | 214-319-1265 | Parts | | | | $2,685.14 |
| Dealers Truck Equipment, Co. P.O. Box 31435 Shreveport, LA 71130 | 800-259-7569 | Parts | | | | $40,295.00 |

Debtor  Reagor-Dykes Auto Company, LP                                 Case number (if known)  18-50217
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Finishmaster<br>P.O. Box 744316<br>Atlanta, GA 30374-4316 | Dany McCarley<br>mccarleyd@finishmaster.com<br>806-683-2284 | Paint | | | | $13,260.53 |
| Ford Motor Credit<br>9009 Carothers Parkway<br>Franklin, TN 37067 | Keith Langley<br>klangley@l-llp.com<br>214-722-7171 | Vehicles and Titles | | $14,682,866.00 | $11,424,413.00 | $3,258,453.00 |
| High Plains Radio Network<br>P.O. Box 1478<br>Plainview, TX 79073-1478 | Chris Moore<br>chris.hprn@gmail.com<br>806-291-0123 | Advertising | | | | $2,405.00 |
| Hurricane Office Supply & Printing<br>1407 East FM 1585<br>Lubbock, TX 79423 | Dean Trew<br>dtrew@hurricanprinting.com<br>806-749-3200 | Office Supplies | | | | $2,428.33 |
| Keystone Automotive Industries<br>1411 S. Loop 289<br>Lubbock, TX 79423 | 800-551-5610 | Parts | | | | $5,029.39 |
| Lesco Distributing<br>1628 W. Crosby Rd.<br>Carrollton, TX 75006 | 972-446-1605 | Parts | | | | $1,799.98 |
| Maurry Powe<br>1000 N I-27<br>Plainview, TX 79072 | jetonaven@gmail.com<br>806-296-7746 | | | | | $5,547.37 |
| NTS Communications<br>P.O. Box 10730<br>Lubbock, TX 79408-3730 | Cyrus Driver<br>cyrus@ntscom.com<br>806-678-7077 | Communication Services | | | | $2,108.25 |
| Officewise Furniture and Supply<br>P.O. Box 2688<br>Amarillo, TX 79105-2688 | Tommy Sansom<br>806-372-2236 | Office Supplies | | | | $3,185.44 |
| Scoggin Dickey<br>P.O. Box 64910<br>Lubbock, TX 79424 | Greg Meeks<br>806-798-4010 | Parts | | | | $1,848.25 |
| Tucky's Auto Parts<br>P.O. Box 1973<br>Plainview, TX 79072 | Johnny<br>806-296-6387 | Parts | | | | $2,835.69 |

Debtor **Reagor-Dykes Auto Company, LP**
Name

Case number (if known) **18-50217**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Valvoline LLC<br>P.O. Box 117131<br>Atlanta, GA<br>30368-7131 | vlstephenson@ashland.com<br>214-878-4191 | Oil | | | | $5,259.03 |

Official form 204    Chapter 11 or Chapter 9 Cases. List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy