BTXN 094 (rev 5-04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Reagor-Dykes Auto Company, LP** §   Case No.: **18-50217**
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **August 2, 2018**

Bart Reagor/Managing Member of Reagor Dykes II, LLC, General Partner
Signer/Title

Date: **August 2, 2018**

Signature of Attorney
**David R. Langston 11923800**
**Mullin Hoard & Brown, L.L.P.**
**P.O. Box 2585**
**Lubbock, TX 79408**
**806-765-7491  Fax: 806-765-0553**

27-1878703
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

A-1 Flags Over Texas LLC
3501 50th St., Suite 114
Lubbock, TX 79413

Advantage Supply
P.O. Box 471103
Fort Worth, TX 76147

AER MFG
P.O. Box 974180
Dallas, TX 75397-4180

AER Technologies, Inc.
650 Columbia Street
Brea, CA 92821

AIM Bank
6502 Slide Rd., Ste. 110
Lubbock, TX 79424

All Clear Windo Cleaning, LLC
P.O. Box 65514
Lubbock, TX 79464

Alldata, LLC
P.O. Box 848379
Dallas, TX 75284-8379

Alsco
404 N. University Ave.
Lubbock, TX 79415

American Auto Salvage
2567 Decatur Ave
Fort Worth, TX 76106

American Glass Distributors
8211 Hwy. 87
Lubbock, TX 79423


American Tire Distributors
8814 Senator Circle
Wolfforth, TX 79382


Apex Plumbing Heating & Air
P.O. Box 8050
Amarillo, TX 79114


AS Dent Shop, LLC
3034 Slide Rd.
Lubbock, TX 79407


Automotive News
P.O. Box 07915
Detroit, MI 48207-9902


Autozone
P.O. Box 10
Memphis, TN 38101


B&R Auto Parts, Inc.
4401 Ave. A.
Lubbock, TX 79404


Bank of the West
P.O. Box 7167
Pasadena, CA 91109-7167


Bar W. Ford Mercury
901 NW 6th St.
Tulia, TX 79088

Best Western Plus
330 East Corporate Dr.
Lewisville, TX 75067


Bill Wells Chevrolet
501 S I-27
Plainview, TX 79072


Bob Allen Ford
9239 Metcalf Ave.
CT 06621-2000


Bob Turner's Ford Country
1101 Montano Rd. NE
Albuquerque, NM 87107-4942


Bothwell Enterprises
1 27 South Route 1
Plainview, TX 79072-9801


Bristo Battery
P.O. Box 3608
Lubbock, TX 79452


Bumper Manufacturing Co., Inc.
2500 Minnis Drive
Haltom City, TX 76117


Caple Shaw Industries
P.O. Box 471486
Fort Worth, TX 76147-1400


CCC Information Services, Inc.
8059 Innovation Way
Chicago, IL 60682-0080

Central Freight Lines, Inc.
P.O. Box 847084
Dallas, TX 75284-7084

Chrome It Up
4414 82nd Street
Plainview, TX 79072

City of Plainview
121 West 7th St.
Plainview, TX 79072

Clear Vu
7415 82nd St.
Lubbock, TX 79424

Concho Supply
4102 Sherwood Way
San Angelo, TX 76902

Cougar Cleaning Equipment
P.O. Box 13985
Odessa, TX 79768

D&S Manufacturing
705 W. 6th St.
Plainview, TX 79072

Daffern Steel and Recycling Inc.
P.O. Box 121
Plainview, TX 79072

Dallas Dodge Chrysler Jeep
11550 LBJ Freeeway
Dallas, TX 75238

Daniel Leon-Guerrero
P.O. Box 6682
Lubbock, TX 79493-6682


Dealer Addendums, Inc.
P.O. Box 581107
Salt Lake City, UT 84158


Dealers Truck Equipment, Co.
P.O. Box 31435
Shreveport, LA 71130


Discount Tire/America's Tire Company
P.O. Box 29851
Phoenix, AZ 85038-9851


Enterprise Holdings, Inc.
4210 S. Congress Ave.
Austin, TX 78745-1104


Fastenal Company
P.O. Box 978
Winona, MN 55987-0978


Fedex Freight
P.O. Box 660481
Dallas, TX 75266-0481


Finishmaster
P.O. Box 744316
Atlanta, GA 30374-4316


Five Star Ford
6618 Northeast Loop 820
North Richland Hills, TX 76180

Ford Motor Credit
9009 Carothers Parkway
Franklin, TN 37067


Frank Supply Co.
13513 S. Gessner Rd.
Missouri City, TX 77489


G&S Service LLC
1470 White Sands Dr.
TX 78087


Gene Messer Accessories
6161 Rothway
Houston, TX 77040


Gene Messer Hyundai
P.O. Box 1748
Stafford, TX 77497-1748


Golden Rule Windshield Repair
1277 Cortez St.
Grants, NM 87020


High Plains Radio Network
P.O. Box 1478
Plainview, TX 79073-1478


Hilliard Office Solutions
P.O. Box 52510
Midland, TX 79710-2510


Hurricane Office Supply & Printing
1407 East FM 1585
Lubbock, TX 79423

Inkwell
715 Broadway
Plainview, TX 79072


Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1100 Commerce St.
MC 5027 DAL
Dallas, TX 75242-1100


Jack Morris


Keith Langley and Brandon Bains
Langley, LLP
1301 Solana Blvd.
Bldg. 1, Suite 1545
Westlake, TX 76262


Kenny Clinton
606 C. Quincy
Plainview, TX 79072


Keynote Express
1021 E. Bender Blvd.
Hobbs, NM 88240


Keystone Automotive Industries
1411 S. Loop 289
Lubbock, TX 79423


Kiser Auto Parts
400 East 5th St.
Plainview, TX 79072

Laura Monroe
Perdue Brandon Fielder Collins Mott
P.O. Box 817
Lubbock, TX 79408


Lesco Distributing
1628 W. Crosby Rd.
Carrollton, TX 75006


LMT Automotive Supply
24078 Greenway Rd.
Forest Lake, MN 55025


Lowery Distributing
1699 West US Hwy. 70
Plainview, TX 79072-0714


Lubbock County Appraisal District
2109 Ave. Q
Lubbock, TX 79411


Master Graphics
2112 W. 5th St.
Plainview, TX 79072


Maurry Powe
1000 N I-27
Plainview, TX 79072


MC Pro Logistircs LLC
30256 Quail Pointe Dr.
Granger, IN 46530


McCoy's Building Supply
1350 IH 35 N
San Marcos, TX 78667

McDonald Trading Post  
1401 S. Columbia  
Plainview, TX 79072

Metropolitan Supply  
P.O. Box 129  
Chanhassen, MN 55317

Midland Hardware and Welding Supply  
210 Date St.  
Plainview, TX 79072

NADA Insurance  
P.O. Box 62600  
New Orleans, LA 70162

Network Auto Glass  
872 CRR  
Plainview, TX 79072

NTS Communications  
P.O. Box 10730  
Lubbock, TX 79408-3730

O'Reilly Automotive, Inc.  
P.O. Box 9464  
Springfield, MO 65801

Officewise Furniture and Supply  
P.O. Box 2688  
Amarillo, TX 79105-2688

Otis Kelly  
P.O. Box 65353  
Lubbock, TX 79464

Parker Distributing Inc.
4701 West FM 3331
Canyon, TX 79015


Plainview Mora LLC
1709 N. Columbia
Plainview, TX 79072


Public Data.Com
7750 N. Macarthur Blvd.
Irving, TX 75063-7501


Reagor Dykes Chevrolet
221 S. Main
Floydada, TX 79235


Reagor Dykes Ford Lincoln
1207 S. Lynn St.
Lamesa, TX 79331


Reagor Dykes Mitsubishi
4710 Canyon Dr.
Amarillo, TX 79109


Reagor Dykes Mitsubishi
6540 82nd St.
Lubbock, TX 79424


Reagor Dykes Snyder, LP
4004 Spur Business 84
Snyder, TX 79549


Reagor Dykes Toyota
1220 S. I 27
Plainview, TX 79072

Reynolds and Reynolds
P.O. Box 182206
OK 73218-2206


Rise Up Transport
1816 E. 56th St.
Odessa, TX 79762


Scoggin Dickey
P.O. Box 64910
Lubbock, TX 79424


Scoggin Dickey Plainview
3110 Olton Road
Plainview, TX 79073


Secure Dealer Solutions
P.O. Box 26800
Austin, TX 78755-0800


Sierra Springs
P.O. Box 660579
Dallas, TX 75266-0579


Spike Dykes Ford
P.O. Box 1120
Lamesa, TX 79331


State Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528
Austin, TX 78711


Sterling McCall Ford
6445 Southwest Freeway
Houston, TX 77074-2205

Street Toyota Scion
4500 S. Soncy Road
Amarillo, TX 79119


Suddenlink
P.O. Box 742535
Cincinnati, OH 45274-2535


Tex-Fi Capital
1111 19th Street
Lubbock, TX 79401


Texas Department of Motor Vehicles
P.O. Box 12098
Austin, TX 78711


TJ&D Auto Inc.
507 Travis
Plainview, TX 79072


Torres Tire
217 E. 5th
Plainview, TX 79072


Tractor Supply Credit Plan
P.O. Box 78004
Phoenix, AZ 85062-8004


Tracy Bailey
1012 CR 7900
Lubbock, TX 79423


Trilogy Enterprises
PO. Box 671635
Dallas, TX 75267-1635

True to Form
P.O. Box 6427
Lubbock, TX 79493


Tucky's Auto Parts
P.O. Box 1973
Plainview, TX 79072


U.S. Attorney
1000 Commerce St.
3rd Floor
Dallas, TX 75242-1699


U.S. Trustee's Office
1100 Commerce St.
Room 9C60
Dallas, TX 75242


Universal Lubricants LLC
P.O. Box 261180
Corpus Christi, TX 78426-1180


UPS
Lockbox 577
Carol Stream, IL 60132-0577


Valvoline LLC
P.O. Box 117131
Atlanta, GA 30368-7131


Wagner Supply Co. Inc.
P.O. Box 225387
Dallas, TX 75222-5387


West Texas Accessory Depot
7320 82nd St.
Lubbock, TX 79424

```
West Texas Family Medicine
1806 Quincy Street
Plainview, TX 79072


Westex Document Inc.
815 S. Gilbert Dr.
Plainview, TX 79072


Willie's Tire
1100 N I-27 Access Rd.
Plainview, TX 79072


Wilson Wrecker Service
1400 S. Interstate 27
Plainview, TX 79072


Wurth USA, Inc.
P.O. Box 843948
Dallas, TX 75284
```