MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
drl@mhba.com
bodell@mhba.com
*Counsel for Debtors, Reagor-Dykes*
*Motors, LP; Reagor-Dykes Imports, LP;*
*Reagor-Dykes Amarillo, LP; Reagor-Dykes*
*Auto Company, LP; Reagor-Dykes*
*Plainview, LP; Reagor-Dykes Floydada, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>**REAGOR-DYKES MOTORS, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | **Case No. 18-50214-rlj11** |
| IN RE:<br><br>**REAGOR-DYKES IMPORTS, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | **Case No. 18-50215-rlj11** |
| IN RE:<br><br>**REAGOR-DYKES AMARILLO, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | **Case No. 18-50216-rlj11** |
| IN RE:<br><br>**REAGOR-DYKES AUTO COMPANY, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 18-50217-rlj11** |
| IN RE:<br><br>**REAGOR-DYKES PLAINVIEW, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | **Case No. 18-50218-rjl11** |

IN RE:                                          §
                                                §
**REAGOR-DYKES FLOYDADA, LP**    §            Case No. 18-50219-rlj11
                                                §
Debtor.                                     §

## WITNESS AND EXHIBIT LIST OF DEBTORS FOR
## HEARINGS SCHEDULED FOR AUGUST 3, 2018

NOW COME, Reagor-Dykes Motors, LP, Reagor-Dykes Imports, LP, Reagor-Dykes Amarillo, LP, Reagor-Dykes Auto Company, LP, Reagor-Dykes Plainview, LP, and Reagor-Dykes Floydada, LP (each a "Debtor," and collectively, the "Debtors"), the Debtors in the above-referenced bankruptcy proceedings, and files this Witness & Exhibit List For Hearing Scheduled for August 3, 2018.

## WITNESSES

Debtors disclose that they may call the following individuals to provide testimony:

1. Bart Reagor, Owner
2. Rick Dykes, Owner
3. Timothy Conner, CPA, Accounting Manager
4. Brad Fansler, Administration Director

Debtors reserve the right to amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. Debtors also reserve the right to call any witnesses designated or called by any other party to these proceedings.

## EXHIBITS

Debtors disclose that they may introduce the following exhibits:

| TAB | DESCRIPTION |
| --- | --- |
| 1. | Consolidated Budget of Debtors |
| 2. | Checks from American Century Investments Accounts |

| TAB | DESCRIPTION |
|---|---|
| 3. | Reagor-Dykes Auto Company, LP Payroll Report |
| 4. | Reagor-Dykes Floydada, LP Payroll Report |
| 5. | Reagor-Dykes Plainview, LP Payroll Report |
| 6. | Reagor-Dykes Imports, LP Payroll Report |
| 7. | Reagor-Dykes Motors, LP Payroll Report |
| 8. | Reagor-Dykes Amarillo, LP Payroll Report |

Debtors reserve the right to amend this Exhibit List in order to supplement the list of documents that may be introduced. Debtors also reserve the right to introduce other exhibits as may be necessary for impeachment purposes. Debtors also reserve the right to introduce exhibits designated by any other party to these proceedings.

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553

 /s/ Brad W. Odell_____
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
*Counsel for Debtors, Reagor-Dykes*
*Motors, LP; Reagor-Dykes Imports, LP;*
*Reagor-Dykes Amarillo, LP; Reagor-Dykes*
*Auto Company, LP; Reagor-Dykes*
*Plainview, LP; Reagor-Dykes Floydada, LP*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Witness and Exhibit List was served on the following parties in interest via ECF and or email on this 3rd day of August 2018:

1. Reagor Dykes Auto Group
   1215 Ave. J
   Lubbock, Texas 79401

2. Keith Langley and Brandon K. Bains
   Langley LLP
   1301 Solana Blvd.
   Bldg. 1, Suite 1545
   Westlake, Tx. 76262
   Email: klangley@l-llp.com
   Email: bbains@l-llp.com
   *Attorneys for Ford Motor Credit*

3. Donald Cram and Duane M. Geck
   Severson & Werson
   One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
   Email: dmg@severson.com
   Email: dhc@severson.com
   *Attorneys for Ford Motor Credit*

4. United States Trustee
   1100 Commerce Street
   Room 976
   Dallas, TX  75242
   *U.S. Trustee*

5. Jim Parrish
   Baker Hostetler
   200 South Orange Ave., Suite 2300
   Orlando, Fl. 32801-3432
   Email: jparrish@bakerlaw.com
   *Attorneys for Gulf States Toyota*

6. John Massouh
   Sprouse Shrader Smith, PLLC
   701 S. Taylor, Suite 500
   Amarillo, Tx. 79101
   Email: john.massouh@sprouselaw.com
   *Attorneys for First Capital Bank of Texas*

7. All parties receiving notice via ECF in this case.

    /s/ Brad W. Odell_____
    Brad W. Odell