BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Reagor−Dykes Auto Company, LP<br>DEBTOR | Hearing type<br>**TYPE OF HEARING** | Case # 18−50217−rlj11 |

| | | |
|---|---|---|
| Plaintiff<br>**PLAINTIFF / MOVANT** | VS | Defendant<br>**DEFENDANT / RESPONDENT** |

| | |
|---|---|
| Plaintiff Attorney<br>**ATTORNEY** | Defendant Attorney<br>**ATTORNEY** |

## **EXHIBITS**

Exhibits 1−8 Admitted

| | | |
|---|---|---|
| Sheree Longoria<br>REPORTED BY | 08/03/2018<br>HEARING DATE | Robert L. Jones<br>JUDGE PRESIDING |